USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/6/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY LUCAS,

Plaintiff,

-against-

KLEE, WOOLF, GOLDMAN & FILPI LLP, et al.,

Defendants.

26-CV-1423 (PAE) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement and for report and recommendation on any motions to dismiss the amended complaint, *see* Dkt. 36, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

**Motion Schedule**

Plaintiff filed this action on February 19, 2026. (Dkt. 1.) On June 10, 2026, defendant New York State Workers' Compensation Board (WCB) filed a motion to dismiss plaintiff's claims against it. (Dkt. 23.) On June 16, 2026, defendants Finkelstein, Meirowitz & Eidlisz LLP (FME) and Michael Dearie filed a joint motion to dismiss plaintiff's claims against them. (Dkt. 31.)

On July 13, 2026, plaintiff filed his First Amended Complaint (FAC) (Dkt. 40), which is now the operative pleading. On July 16, 2026, defendants FME and Dearie advised the Court that they elected to rely on their previously filed motion to dismiss with respect to moving

against the FAC. (Dkt. 41.) On July 27, 2026, WCB filed a fresh motion to dismiss the FAC's claims against it (Dkt. 43), which moots its previous motion to dismiss. On July 27, 2026, defendant Local 100, Transportation Workers Union (Local 100), moved to dismiss the FAC's claims against it. (Dkt. 48.)

The Court sets the following motion schedule. No later than **August 27, 2026**, plaintiff must file his opposition to the three pending motions. No later than **September 3, 2026**, FME and Dearie, WCB, and Local 100 must file any replies in support of their respective motions.

## Initial Case Management Conference

It appears to the Court that no initial case management conference has yet taken place in this action. It is therefore **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **October 5, 2026, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that each party confer with all other parties to make sure that all parties, or their attorneys, have a copy of this Order and can attend the conference. If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

It is further **ORDERED** that the parties come to the conference prepared to discuss the following subjects:

1. The issues in the case;
2. Whether any party intends to make a motion to dismiss the amended complaint who has not already done so, or contemplates any other motions at this time;
3. Whether any party wishes to amend a pleading or add new parties, and what the deadline should be for moving for leave to do so;

4. What discovery the parties plan to engage in, and what deadlines should be set for:

   a. Exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A);

   b. Serving document production requests and interrogatories;

   c. Taking depositions of fact witnesses;

   d. Disclosing the identity and exchanging the reports of expert witnesses, if any, and taking their depositions; and

   e. Completing all discovery;

5. Whether any special limitations should be placed on discovery, including protective or confidentiality orders;

6. Whether any special discovery issues are likely to arise that may warrant early attention from the Court;

7. What the deadline should be for filing summary judgment or other pretrial motions, if any;

8. What the deadline should be for the parties to submit a joint pretrial order (in accordance with the procedures of the judge before whom the trial will be conducted);

9. Whether and when the case should be (a) referred to mediation or (b) scheduled for a settlement conference with the Court; and

10. The anticipated length of trial and whether (and by which party) a jury has been requested.

Plaintiff is reminded that he may choose to receive documents filed in this case by e-mail instead of by regular mail. If plaintiff wishes to receive case information by e-mail, plaintiff must follow the instructions in the Consent and Registration Form, which is available on the website of the United States District Court for the Southern District of New York: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Clerk of Court is respectfully directed to close the motion at Dkt. 23.

Dated: New York, New York
August 6, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**