USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/10/26

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

Application GRANTED IN PART. Given that two motions to dismiss are not yet fully briefed, and two defendants have not yet answered (*see* Dkt. 59), the initial case management conference, currently scheduled for October 5, 2026, is ADJOURNED to **November 10, 2026, at 10:00 a.m.** The parties must come prepared to discuss items 1-10 in the Court's scheduling order. (Dkt. 54 at 2-3.)
SO ORDERED.

September 10, 2026

**Barbara Moses, U.S.M.J.**

**By ECF**
Magistrate Judge Barabara Moses
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Lucas v. Klee, Woo*

Dear Magistrate Judge Moses:

The Office of Attorney General ("OAG") represents the New York State Workers' Compensation Board (the "Board"). Pursuant to Section 2.a of the Court's Individual Rules, the State submits this letter to request an adjournment *sine die* of the October 5, 2026 initial case management conference, pending determination of the motion to dismiss the First Amended Complaint submitted by the Board and for the reasons stated below.

The Court has scheduled an initial case management conference for October 5, 2026. The Board respectfully requests an adjournment of that conference *sine die* until disposition of its motion to dismiss the First Amended Complaint on the basis of, *inter alia*, sovereign immunity, which provides immunity from suit itself, including the burdens of litigation, and not just from ultimate liability. *See., e.g., Gabay v. Mostazafan Foundation of Iran*, 151 F.R.D. 250, 256 (S.D.N.Y. 1993). The Board has also moved to dismiss on the basis that the Board itself, the Third Department, and ultimately the New York State Court of Appeals have exclusive jurisdiction to review Board decisions, as well as the plaintiff's failure to state a claim against the Board. In light of this, the Board respectfully submits that it is premature to hold the initial case management conference and set a schedule for discovery.

This is the Board's first request for adjournment of this court conference. The Board previously asked the Court for an extension of its deadline to submit its motion to dismiss the Complaint and that extension was granted. All of the defendants consent to the adjournment of this conference. I contacted Plaintiff on September 2, 2026, to ask if he consents to the adjournment, but I did not receive a reply.

Thank you for your consideration in this matter.

Respectfully submitted,

**MEMO ENDORSED**

/s/ Emily Dufner
EMILY DUFNER
Assistant Attorney General
212-416-6209
Emily.Dufner@ag.ny.gov

Cc: All counsel by ECF

*Pro se* Plaintiff
Gregory Lucas
1372 Washington Avenue, #6D
Bronx, NY 10456