USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY LUCAS,

Plaintiff,

-against-

KLEE, WOOLF, GOLDMAN & FILPI LLP, et al.,

Defendants.

26-CV-1423 (PAE) (BCM)

**STAY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at the initial case management conference today, defendant New York State Workers' Compensation Board's motion to stay discovery (Dkt. 86) is GRANTED. Discovery in this matter is STAYED pending the outcome on defendants' motions to dismiss plaintiff's amended complaint.

Dated: New York, New York
November 10, 2026

**SO ORDERED**.



**BARBARA MOSES**
**United States Magistrate Judge**